IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DENNIS WILKERSON                                          PLAINTIFFS

v.                                   CIVIL ACTION NO. 1:15-CV-173-GHD-DAS

LOWNDES COUNTY, et al.                               DEFENDANTS

## AGREED ORDER GRANTING MOTION TO LIFT STAY

Upon motion of the Plaintiff, Dennis Wilkerson, with the agreement of the Defendants, and for good cause shown, it is hereby ORDERED that the stay previously entered in this civil action is lifted. This matter is referred to Honorable David A. Sanders for a scheduling conference and the entry of a new Case Management Plan and Scheduling Order.

SO ORDERED, this, the 23rd day of February, 2017.

_____
SENIOR U.S. DISTRICT JUDGE

Agreed to:

/s/ Jason E. Dare, Esq.

_____
Attorney for Defendants Lowndes County
      & Bobby Reeves

/s/ Jeff Turnage, Esq.

_____
Attorney for Defendant Steve Scott