IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DENNIS WILKERSON**                                                  **PLAINTIFF**

v.                                                        Civil No: 1:15-cv-00173-GHD-DAS

**LOWNDES COUNTY,** *et. al.*                                 **DEFENDANTS**

---

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT**

---

Pursuant to a memorandum opinion issued this day, it is ORDERED that:

1. Defendants Lowndes County and Bobby Reeves' motion for summary judgment [50] and Defendant Steve Scott's motion for summary judgment [55] are GRANTED with respect to Plaintiff's Fourth Amendment, Fourteenth Amendment, and state law claims;

2. Plaintiff's Fourth Amendment, Fourteenth Amendment, and state law claims are DISMISSED as to all Defendants;

3. Defendants Lowndes County and Bobby Reeves' motion for summary judgment [50] and Defendant Steve Scott's motion for summary judgment [55] are DENIED with respect to Plaintiffs' First Amendment claim against Reeves and Scott;

4. Reeves and Scott may renew their motions with respect to Plaintiff's First Amendment claim after the United States Supreme Court renders its decision in *Lozman v. City of Riviera Beach*, No. 17-21; and

5. Because there are no remaining claims against Lowndes County, it may be terminated as a defendant.

SO ORDERED this, the 12th day of March, 2018.

_____
SENIOR U.S. DISTRICT JUDGE

1