## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**DENNIS WILKERSON**                                                                  **PLAINTIFF**

**vs.**                                                                  **Cause No. 1:15cv173-GHD-DAS**

**LOWNDES COUNTY, AND BOBBY REEVES, AND STEVE SCOTT,**
**In Their Individual Capacities**                                                                  **DEFENDANTS**

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court pursuant to FED. R. CIV. P. 41(a)(2), in which Plaintiff,

Dennis Wilkerson, requests that all his remaining claims against all Defendants be dismissed with

prejudice. This Court, being fully advised in the premises, finds that the terms of the dismissal are

proper and hereby orders that any and all claims currently pending in this litigation are hereby

dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that any and all claims that were

or could have been included in Plaintiff's [1] Complaint and/or any amendments thereto, in the

litigation styled *Dennis Wilkerson v. Lowndes County et al.*, bearing cause number 1:15cv173-

GHD-DAS are dismissed with prejudice, with each party to bear their respective attorneys' fees,

costs and expenses.

This final judgment dismisses all remaining claims in the instant litigation such that it may

be finally closed.

**SO ORDERED AND ADJUDGED**, this the _____ day of August, 2018.

_____
**UNITED STATES DISTRICT JUDGE**

**AGREED AND REQUESTED BY:**


*/s/ Victor I. Fleitas*
Victor I. Fleitas, Esq. (fleitasv@bellsouth.net)
452 North Spring Street
Tupelo, Mississippi 38804
    ***Counsel for Plaintiff***


**AGREED AS TO FORM:**


*/s/ Jason E. Dare*
Jason E. Dare, Esq. (jdare@pbhfirm.com)
PETTIS, BARFIELD & HESTER, P.A.
Post Office Box 16089
Jackson, Mississippi 39236-6089
    ***Counsel for Lowndes County, Mississippi and Bobby Reeves, in his individual capacity***


*/s/ Jeffrey J. Turnage*
Jeffrey J. Turnage, Esq. (jturnage@mitchellmcnutt.com)
MITCHELL MCNUTT & SAMS
Post Office Box 1366
Columbus, MS 39703-1366
    ***Counsel for Steve Scott, in his individual capacity***